Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−16054−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Foulis M. Peacock
   30 Cold Springs Road
   Califon, NJ 07830

Social Security No.:
   xxx−xx−2481

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/22/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 22, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16054-MBK |
| Foulis M. Peacock | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 22, 2023 | Form ID: 148 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Foulis M. Peacock, 30 Cold Springs Road, Califon, NJ 07830-3013 |
| 519972562 | | Amerigas, 145 Main Street, Chester, NJ 07930 |
| 519972568 | | Hunterdon County Sheriff's Office (Foreclosur, 71 Main Street, P.O. Box 2900, Flemington, NJ 08822-2900 |
| 519972574 | + | PARKER MCCAY, PA, 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 519972577 | + | Z's Gym, 62 East Mill Rd, Long Valley, NJ 07853-3118 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 22 2023 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 22 2023 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519972561 | ^ | MEBN | Nov 22 2023 20:54:19 | Aldous, 4625 South 2300 East Suite 207, Holladay, UT 84117-4582 |
| 519972563 | + | EDI: CITICORP | Nov 23 2023 01:45:00 | BLOOMINGDALES/CITIBANK, 9111 DUKE BLVD, Mason, OH 45040-8999 |
| 519972564 | + | EDI: CAPITALONE.COM | Nov 23 2023 01:45:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519978762 | + | EDI: AIS.COM | Nov 23 2023 01:45:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519972565 | + | Email/Text: bankruptcy@cavps.com | Nov 22 2023 20:58:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 519974689 | + | Email/Text: bankruptcy@cavps.com | Nov 22 2023 20:58:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519972566 | + | EDI: PHINGENESIS | Nov 23 2023 01:45:00 | Cb Indigo/Gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 519972567 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 22 2023 21:12:43 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 519972569 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 22 2023 20:58:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 520009796 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 22 2023 20:58:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 519972571 | ^ | MEBN | Nov 22 2023 20:54:20 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

Case 23-16054-MBK    Doc 22    Filed 11/24/23    Entered 11/25/23 00:19:29    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2023 | Form ID: 148 | Total Noticed: 25 |

| 519972570 | ^ MEBN | | Nov 22 2023 20:54:46 | Kikoff Lending LLC, Po Box 40070, Reno, NV 89504-4070 |
| 519978717 | Email/PDF: resurgentbknotifications@resurgent.com | | Nov 22 2023 21:13:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519972572 | Email/Text: camanagement@mtb.com | | Nov 22 2023 20:58:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 519972573 | Email/Text: EBN@Mohela.com | | Nov 22 2023 20:58:00 | Mohela/Dept Of Ed, 633 Spirit Dr, Chesterfield, MO 63005 |
| 519981375 | EDI: Q3G.COM | | Nov 23 2023 01:45:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519972575 | Email/Text: vci.bkcy@vwcredit.com | | Nov 22 2023 20:58:00 | VW Credit, 2333 Waukeegan Rd, Deerfield, IL 60015 |
| 519972576 | + Email/Text: mpieslak@waterfallrevenuegroup.com | | Nov 22 2023 20:58:00 | Waterfall Revenue Group, 2297 State Highway 33 St, Hamilton Square, NJ 08690-1717 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 520007857 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T BANK, PO BOX 840, Buffalo, NY 14240 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2023                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Donald F. Campbell, Jr. | on behalf of Debtor Foulis M. Peacock dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2023 | Form ID: 148 | Total Noticed: 25 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5